# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WALTER EDWARD JOHNSON, JR.

NO. 2020 KW 0280

**MAY 2 6 2020**

In Re:   Walter Edward Johnson, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 20-WCR-137.

**BEFORE:   WELCH, HOLDRIDGE, AND BURRIS,[1] JJ.**

**WRIT DENIED.**

**JEW
GH
WJB**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment of the Louisiana Supreme Court.